# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN ANGLE, II, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-249 Erie |
| LT. MIURN, et al., | ) |
| Defendants. | ) |

### MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on October 18, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 16], filed on March 25, 2013, recommended that the Plaintiff's Motion for Preliminary Injunction be denied. The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed. After de novo review of the documents and transcript of the proceedings, together with the Report and Recommendation, the following order is entered:

AND NOW, this 12th day of April, 2013;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Preliminary Injunction is DENIED.

The Report and Recommendation [ECF No. 16] of Magistrate Judge Baxter, filed on March 25, 2013, is adopted as the opinion of the Court.

                                          s/   Sean J. McLaughlin
                                          United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge