IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN ANGLE, II, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-249 Erie |
| LT. MIURN, et al., | ) |
| Defendants. | ) |

MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on October 18, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation, entered on the record and by Text Order on May 2, 2013, [ECF No.26], recommended that the Plaintiff's Motion for Temporary Restraining Order [ECF No. 19] be denied. The parties were allowed fourteen (14) days to file objections, and Plaintiff filed Objections on May 13, 2013. [ECF No. 23]. After de novo review of the documents and transcript of the proceedings, together with the Report and Recommendation and Objections thereto, the following order is entered:

AND NOW, this 23rd day of May, 2013;

IT IS HEREBY ORDERED that the Plaintiff's Motion for Temporary Restraining Order is DENIED.

The oral Report and Recommendation of Magistrate Judge Baxter, entered on the record and by Text Order on May 2, 2013 is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
Chief United States District Judge

1

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge